J. T. Hughes, Plaintiff in Error, vs. W. B. Steele, Defendant in Error.

Writ of error to Circuit Court Walton county.

*C. J. Perrenot,* for Plaintiff in Error.

*Daniel Campbell,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for

the plaintiff, and the defendant takes writ of error. The judgment is affirmed.